# Exhibit A

US00D647427S

(12) **United States Design Patent**       (10) Patent No.:       **US D647,427 S**
Pedersen et al.                            (45) Date of Patent:   **  Oct. 25, 2011

(54) **RIDEABLE SNOW SLED**

(76) Inventors: **Bradley D. Pedersen**, Mississauga
(CA); **Kyle Jeffs**, Mississauga (CA)

(**) Term: **14 Years**

(21) Appl. No.: **29/376,262**

(22) Filed: **Oct. 4, 2010**

(51) LOC (9) Cl. ................................................ **12-14**
(52) U.S. Cl. .................................................. **D12/10**
(58) Field of Classification Search .................. D12/1,
D12/110–113, 6–11, 128, 129, 130; D21/419–435,
D21/766–767, 769, 760, 765, 764; 280/87.1,
280/87.021, 87.041, 263, 288.1, 288.2, 200,
280/210, 214, 29, 14.27, 14.28, 28.11, 603–607;
180/180, 181, 65.1
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D246,835 | S | * | 1/1978 | Campbell .................... D11/127 |
| D246,963 | S | * | 1/1978 | Campbell .................... D11/128 |
| D253,998 | S | * | 1/1980 | Sun ............................ D11/121 |
| D266,749 | S | * | 11/1982 | Sun ........................... D11/121 |
| D383,702 | S | * | 9/1997 | MacDonald ................ D11/79 |
| D508,815 | S | * | 8/2005 | Essig et al. ................ D7/324 |
| D523,488 | S | * | 6/2006 | Su et al. .................... D21/390 |

| | | | | |
|---|---|---|---|---|
| D523,910 | S | * | 6/2006 | Buckley ..................... D21/390 |
| D523,911 | S | * | 6/2006 | Buckley ..................... D21/390 |
| 7,612,735 | B2 | * | 11/2009 | Essig et al. ................ 343/915 |
| D618,584 | S | * | 6/2010 | Lysiak ....................... D11/95 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Dworzecka
(74) *Attorney, Agent, or Firm* — Gerald A. Gowan; Gowan
Intellectual Property

(57)                **CLAIM**

The ornamental design for a rideable snow sled, as shown and
described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the rideable snow sled,
according to the present application;
FIG. **2** is a front view thereof;
FIG. **3** is a back view thereof;
FIG. **4** is a first side view thereof, with the second side view
being a mirror image thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof; and,
FIG. **7** is a rear perspective view of the rideable snow sled.
The portions of the rideable snow sled shown in broken lines
form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7

# Exhibit B





# Exhibit C



# Exhibit D

Yamaha  FX Nytro

Design Patent





Fig.1

Figure 1

Yamaha  FX Nytro

Design Patent

2/6



Front Side

Fig.2



Figure 2



Back Side

Fig.3



Figure 3

Yamaha  FX Nytro



LT Side

Fig.4

Design Patent



Figure 4

Yamaha  FX Nytro



Fig.5

Design Patent



Figure 5

Yamaha  FX Nytro



Fig.6

Design Patent



Figure 6

Yamaha  FX Nytro

Design Patent





Figure 7

Fig.7