YURI MIKULKA, SBN 185926
(ymikulka@sycr.com)
SARAH S. BROOKS, SBN 266292
(sbrooks@sycr.com)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendants and
Counter-Claimants
SPORT DIMENSION, INC. and KURT RIOS.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TECH-4-KIDS, INC.,<br><br>    Plaintiff,<br>vs.<br><br>SPORT DIMENSION, INC. and KURT RIOS,<br><br>    Defendants.<br><br>SPORT DIMENSION, INC.,<br><br>    Counterclaimant,<br>vs.<br><br>TECH-4-KIDS, INC.,<br><br>    Counter-Defendant. | CASE NO. 2:12-CV-06769-PA-AJW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE PRETRIAL DEADLINES PENDING EXECUTION OF SETTLEMENT AGREEMENT**<br><br>[Joint Stipulation Filed Concurrently Herewith]<br><br>Complaint Filed: Dec. 6, 2011<br>First Amended Complaint Filed:<br>  Aug. 17, 2012<br>Discovery Cut-off Date: May 27, 2013<br>Motion Cut-off Date: June 3, 2013<br>Trial Date: Aug. 6, 2013<br><br>**Judge: Honorable Percy Anderson** |

LA 130925106v2

1  Having considered the parties' Joint Stipulation seeking extension regarding
2  dismissal of the action, and good cause appearing therefore, IT IS HEREBY
3  ORDERED that:
4  (1)  The deadline for the parties to submit their pretrial documents, including
5  pretrial conference order, witness lists, exhibit list, memorandum of contentions of fact
6  and law, and jury instructions, is continued from June 21, 2013 to June 28, 2013, to allow
7  the parties sufficient time to finalize the settlement and file the dismissal;

Dated: _____   By: _____
　　　　　　　　　　　　　　　　　Honorable Percy Anderson
　　　　　　　　　　　　　　　　　United States District Court Judge

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON 6/25/13

LA 130925106v2

1