**GREENBERG TRAURIG, LLP**                                    JS-6
Valerie W. Ho (SBN 200505) (hov@gtlaw.com)
Michael S. Lawrence (SBN 255897) (lawrencem@gtlaw.com)
Robert S. Freund (SBN 287566) (freundr@gtlaw.com)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
Tech-4-Kids, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TECH-4-KIDS, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>SPORT DIMENSION, INC., and KURT RIOS<br><br>              Defendant.<br><br>SPORT DIMENSION, INC.,<br><br>              Counterclaimant,<br><br>vs.<br><br>TECH-4-KIDS, INC.,<br><br>              Counterdefendant. | CASE NO. 2:12-CV-06769-PA-AJW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:  December 6, 2011<br><br>First Amended Complaint filed: August 27, 2012<br><br>Second Amended Complaint filed: March 4, 2013<br><br>**Judge: Honorable Percy Anderson** |

LA 130959615v1

1  Having read and considered the Stipulation Re Dismissal with Prejudice of Entire Action filed by the parties, the Court ORDERS that:

The above-captioned action (including the Complaint, First Amended Complaint, Second Amended Complaint and Counterclaims) is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party shall bear its own fees and costs.

DATED:  July 1, 2013

_____
Hon. Percy Anderson